### 30473. USHER v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 7, 1976.

Jimmy Usher, *pro se.*

*Arthur K. Bolton, Attorney General,* for appellee.